# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3776
LT Case No. 2015-CF-010649-A

_____

TAMMY WRIGHT-CONNER,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Tammy Wright-Connor, Ocala, pro se.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Respondent.

February 23, 2024

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 24, 2022, order denying defendant's motion for postconviction relief, rendered in Case No. 2015-CF-010649-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____